IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUSTIN SLAYER INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 3:11-CV-0101-P |
| DOES 1 - 1,254, | § § § | |
| Defendants. | § | |

### ORDER TO SHOW CAUSE

Plaintiff filed this case on January 17, 2011, and it has been more than 120 days since the filing of the plaintiff's complaint. Plaintiff has failed to issue summons and file a valid return of service on Defendants, Does 1 - 1,254. Pursuant to Rule 4(m), Fed. R. Civ. P., this action is subject to dismissal as to Defendants, Does 1 - 1,254 without further notice. The Court hereby puts the plaintiff on notice that this action will be dismissed as to Defendants, Does 1 - 1,254 for failure to issue summons and for failure to file a valid return of service.

Accordingly, no later than August 8, 2011, plaintiff shall file a valid return of service as to Defendants, Does 1 - 1,254 or show good cause **in writing** why service cannot be made, or this action will be dismissed against Defendants, Does 1 - 1,254 without further notice for failure to prosecute.

IT IS SO ORDERED.

Signed this 11th day of July, 2011.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE